### 3564.　GASTON v. THE STATE.

POWELL, J.　1. The evidence, though somewhat weak and circumstantial, is not legally insufficient to support the verdict.

2. While the accused in a criminal case, in making his statement to the jury, has the right to state that he has received a certain letter, and to state its contents, it is not error for the court to refuse to allow him to make profert of the letter without proof of its genuineness, or, without such proof, to allow him to introduce the letter as a part of his statement. *Woodard* v. *State*, 5 *Ga. App.* 447 (63 S. E. 573), and cases therein cited.

3. The testimony objected to as being a mere proposition of compromise was not objectionable as such.

4. No material error appears.　　　　　　　　　　　*Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of larceny; from city court of Bainbridge—Judge Harrell.　June 20, 1911.

*Longley & Marlin,* for plaintiff in error.

*M. E. O'Neal, solicitor,* contra.

---

### 3577.　MITCHELL v. THE STATE.

HILL, C. J.　1. There was no abuse of discretion in overruling the motion to continue.

2. No error of law appears, and the evidence supports the verdict.

　　　　　　　　　　　　　　　　　　　　　　*Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Indictment for sale of liquor; from Thomas superior court— Judge Thomas.　June 10, 1911.

*Fondren Mitchell, Snodgrass & MacIntyre,* for plaintiff in error.

*J. A. Wilkes, solicitor-general,* contra.